1  MARK REICHEL, State Bar #155034
2  455 CAPITOL MALL, 8th FLOOR, Suite 802
   Sacramento, California  95814
3  Telephone: (916) 498-9258
   FAX:       (888) 505-9331
4  www.reichellaw.com

5  Attorney for Defendant
   SCOTT CARPER

              IN THE UNITED STATES DISTRICT COURT

              FOR THE EASTERN DISTRICT OF CALIFORNIA


   UNITED STATES OF AMERICA,   )  Case No. 20-CR-00834 CAB
                               )
           Plaintiff,          )  **COVER MEMO FOR EXHIBITS TO**
                               )  **SENTENCING MEMORANDUM**
       v.                      )
                               )
                               )  Date: August 26, 2022
                               )  Time: 9:00 a.m.
   SCOTT CARPER                )  Judge: HONORABLE CATHY ANN
                               )         BENCIVENGO
           Defendant.          )
   _____

        The attachments herein are the Exhibits to the Defense
   Sentencing Memorandum on file with this court.
   Exhibit 1: August 11, 2015 progress note from Dr. Kenneth
   Bradley, a pain management specialist;

   Exhibit 2:  August 10, 2018 summary from Dr. Shahrouz Ghodsian
   M.D. who was Scott's primary care physician since approximately
   February 18, 2016;

   Exhibit 3: 2015 MRI view of Scott's low back and a 2015 MRI
   report of Scott's cervical spine;

Exhibit 4: **New Exhibit**: Chart notes dated July 7, 2016 and December 15, 2016 from Dr. Kenneth Bradley, the pain management specialist who treated Scott. In July, 2016, Dr. Bradley described the significant anatomical and physiological defects seen in the low back MRI film and cervical MRI report also submitted to the court. Given the severity of those defects, correlated clinical findings, and a risk-benefit analysis of treatment modalities, Dr. Bradley, in no uncertain terms, endorsed and supported Scott's use of opiate pain medication in conjunction with other approaches conservative approaches such as facet blocks, epidural injections, trigger point injections, and physical therapy.

Exhibit 5: **New Exhibit**: June 30, 2022 Report from SoCal Behavioral Medicine.

DATED: August 22, 2022

                Respectfully submitted

                *Mark Reichel*

                MARK REICHEL
                Attorney For Defendant